NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VANESSA B. JACKSON,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2024-1248

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-3548, Judge Amanda L. Meredith.

---

**ON MOTION**

---

Before LOURIE, PROST, and STOLL, *Circuit Judges*.

PER CURIAM.

**O R D E R**

The Secretary of Veterans Affairs moves to dismiss this appeal for lack of jurisdiction on timeliness grounds. Vanessa B. Jackson has not responded to the motion.

2                                                    JACKSON v. MCDONOUGH

The United States Court of Appeals for Veterans Claims entered final judgment in this case on August 28, 2023. The Veterans Court received Ms. Jackson's notice of appeal 92 days later on November 28, 2023.

To be timely, a notice of appeal must be received by the Veterans Court within 60 days of the entry of judgment. *See* 38 U.S.C. § 7292(a); *see also* 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1)(B); Fed. Cir. R. 1(a)(1)(D). Like appeals from district courts, the statutorily prescribed time for filing appeals from the Veterans Court is jurisdictional. *See Wagner v. Shinseki*, 733 F.3d 1343, 1348 (Fed. Cir. 2013); *see also Henderson v. Shinseki*, 562 U.S. 428, 438–39 (2011) (indicating jurisdictional restrictions on the time for taking an appeal under section 7292(a)). Because Ms. Jackson's notice of appeal was not filed within 60 days of the judgment of the Veterans Court, this court lacks jurisdiction and must dismiss.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion is granted. The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

February 6, 2024
Date